IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01984-BNB

GEOFFREY LACHMAN,

　　　　Plaintiff,

v.

THE STATE OF NEBRASKA,

　　　　Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

　　　　This matter is before the Court on the mail returned as undeliverable (ECF No. 17) on October 5, 2012, which was mailed to Plaintiff at a forwarding address indicated on ECF No. 11.  ECF No. 11 is the returned envelope for the Order Granting Plaintiff Leave to Proceed *In Forma Pauperis* and Directing Plaintiff to File Second Amended Complaint entered on September 4, 2012 (ECF No. 10).  The September 4 order has been mailed to Plaintiff at two different addresses, and been returned as undeliverable from each address.  *See* ECF Nos. 11 and 17.

　　　　Plaintiff filed a second amended complaint on October 4, 2012 (ECF No. 16) despite the fact that the order directing him to do so has been returned to the Court as undeliverable from the two addresses he provided.

　　　　Local Rule 10.1M. of the Local Rules of Practice for this Court requires the filing of a notice of change of address within five days after any change of address.  Plaintiff will be allowed **ten (10) days from the date of this minute order** in which to provide a valid mailing address.  Failure to do so within the time allowed will result in the dismissal of the instant action.

　　　　The clerk of the Court is directed to mail this minute order to Plaintiff, together with a copy of the September 4 order (ECF No. 11), at his last known addresses in Colorado Springs and Longmont, Colorado.  Those addresses are listed on pages two and twenty-two of the second amended complaint filed on October 4 (ECF 16).

Dated:  October 18, 2012