IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01984-LTB

GEOFFREY LACHMAN,

    Plaintiff,

v.

THE STATE OF NEBRASKA,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 5, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 5 day of November, 2012.

                               FOR THE COURT,

                               JEFFREY P. COLWELL, Clerk

                               By: s/ S. Grimm
                                   Deputy Clerk